Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
E-mail: michael@lozeaudrury.com
         doug@lozeaudrury.com
LOZEAU DRURY LLP
410 12th St., Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4205 (fax)

Shana Lazerow (State Bar No. 195491)
E-mail: slazerow@cbecal.com
COMMUNITIES FOR A BETTER ENVIRONMENT
120 Broadway, Suite 2
Richmond, CA 94804
Oakland, CA 94607
Tel: (510) 302-0430, x18
Fax: (510) 302-0438

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES GALVANIZING COMPANY, a corporation,<br><br>Defendant. | Case No. 2:18-cv-08516-SJO-ASx<br><br>**REQUEST FOR ENTRY OF CONSENT DECREE**<br><br>**Honorable S. James Otero** |

On July 3, 2019, Plaintiff Communities for a Better Environment sent a letter to the United States Department of Justice and the United States Environmental Protection Agency to trigger a mandatory 45-day review period to review the

[Proposed] Consent Decree entered into by the parties on July 2, 2019. *See* 33 U.S.C. § 1365(c); 40 C.F.R. § 135.5. On August 13, 2019, the Department of Justice sent the parties a letter indicating that the federal agencies had no objection to entry of the [Proposed] Consent Decree. That letter is attached hereto as Exhibit 1. Accordingly, the Parties hereby respectfully request that the Court enter the [Proposed] Consent Decree filed with the Court contemporaneously with this request.

Respectfully submitted,

Dated: August 20, 2019          LOZEAU DRURY LLP

/s/ *Douglas J. Chermak*
Douglas J. Chermak
*Attorneys for Plaintiff* COMMUNITIES FOR A BETTER ENVIRONMENT

Dated: August 20, 2019          GREBEN & ASSOCIATES

/s/ *Jan A. Greben*
(as authorized on 8/20/19)
Jan A. Greben
*Attorneys for Defendant* LOS ANGELES GALVANIZING COMPANY